# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD KEEN and ROBIN MOONEY, | |
| Plaintiffs, | Case No. 2:16-cv-01903-JCM-GWF |
| vs. | **ORDER** |
| OMNI LIMOUSINE, | |
| Defendant. | |

This matter is before the Court on Anthony L. Hall, Esq. and Ricardo N. Cordova, Esq.'s Motion to Withdraw as Counsel for Defendant Omni Limousine (ECF No. 21), filed February 13, 2017. To date, no party has filed a response to this motion and the time for opposition has now expired. Furthermore, the movants substantially establish good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Anthony L. Hall, Esq. and Ricardo N. Cordova, Esq.'s Motion to Withdraw as Counsel for Defendant Omni Limousine (ECF No. 21) is **granted**.

**IT IS FURTHER ORDERED** that **Omni Limousine** must retain new counsel if it intends to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). **Omni Limousine** shall have until **March 31, 2017**, to retain new counsel and advise the Court of the same.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. Add the last known address of **Omni Limousine** to the civil docket:

   **Omni Limousine**
   **c/o Registered Agent Russel S. Garrett**
   **10785 W. Twain Ave., Suite 100**
   **Las Vegas, NV 89135**

2.  Serve **Omni Limousine** with a copy of this order at its last known addresses listed above.

**IT IS FURTHER ORDERED** that Anthony L. Hall, Esq. or Ricardo N. Cordova, Esq. shall send a copy of this order to Omni Limousine's representative at the confidential email accounts referenced in their Motion to Withdraw.

DATED this 28th day of February, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge