GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
MARGARET G. FOLEY, ESQ.
Nevada Bar No. 7703
3185 St. Rose Parkway, Suite 325
Henderson, Nevada 89052
Tel: (702) 850-0202
Fax: (702) 850-0204
Email: agolden@garggolden.com
Email: mfoley@garggolden.com

Counsel for Defendant Omni Limousine

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD KEEN, ET AL.,<br><br>                Plaintiffs,<br><br>vs.<br><br>OMNI LIMOUSINE,<br><br>                Defendant. | CASE NO.: 2:16-cv-01903-JCM-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO RESPOND TO MOTION TO LIFT STAY (ECF No. 27) and MOTION FOR BRIEFING SCHEDULE RE MOTION FOR CIRCULATION OF NOTICE (ECF No. 28)**<br><br>**(First Request)** |

Plaintiffs, by and through their counsel of record, Thierman Buck, LLP, and Defendant, by and through its counsel of record, the Garg Golden Law Firm, hereby stipulate and agree as follows:

    1.    To an extension of Defendant's deadline to respond to Plaintiffs' Motion to Lift Stay (ECF No. 27) from April 7, 2017, to April 21, 2017; and

    2.    To an extension of Defendant's deadline to respond to Plaintiffs' Motion for Briefing Schedule re Motion for Circulation of Notice (ECF No. 28) from April 7, 2017, to April 21, 2017.

On March 30, 2017, Plaintiffs filed their Motion to Lift Stay (ECF No. 27) and Motion for Briefing Schedule re Motion for Circulation of Notice (ECF No. 28). On March 31, 2017, the

GARG GOLDEN
LAW FIRM
3185 St. Rose Parkway
Suite 325
Henderson, Nevada 89052
(702) 850-0202

1 of 2

Court ordered Defendant to file any opposition to the foregoing motions no later than April 7, 2017 (ECF. No. 30). Since the Court's Order, the parties have engaged in good faith discussions, through their counsel, to submit this case and the related case, *McSwiggin v. Omni Limousine*, Case No 2:14-cv-02172-JCM-NJK, to mediation. Accordingly, the parties wish to dedicate time and financial resources toward that end. The parties anticipate reaching an agreement on submitting the cases to mediation within 14 days of today and, therefore, request that the Court extend Defendant's opposition deadline on the respective motions 14 days from today to April 21, 2017. Provided the parties reach an agreement regarding mediation in that time, they will submit to the Court a further stipulation regarding the stay.

This stipulation is not made for the purposes of delay but to allow the parties sufficient time to reach an agreement on a mediator and to initiate the mediation process. This is the first request for an extension of these deadlines.

DATED this 7th day of April, 2017.

GARG GOLDEN LAW FIRM

By */s/ Anthony B. Golden*
   Anthony B. Golden, Esq.
   Margaret G. Foley, Esq.
   3185 St. Rose Parkway, Suite 325
   Henderson, Nevada 89052
   (702) 850-0202

*Counsel for Defendant*

DATED this 7th day of April, 2017

THIERMAN BUCK, LLP

By  /s/ Joshua D. Buck
   Joshua D. Buck, Esq.
   Mark R. Thierman, Esq.
   Joshua R. Hendrickson, Esq.
   7287 Lakeside Drive
   Reno, Nevada 89511

*Counsel for Plaintiffs*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 10, 2017

GARG GOLDEN
LAW FIRM
3185 St. Rose Parkway
Suite 325
Henderson, Nevada 89052
(702) 850-0202