# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| RONALD KEEN and ROBIN MOONEY, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:16-cv-01903-JCM-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| OMNI LIMOUSINE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the parties' Stipulation and Order to Continue the Stay (ECF No. 35), filed April 24, 2017. Also before the Court are Plaintiffs' Motion to Lift Stay (ECF No. 27) and Motion for Briefing Schedule (ECF No. 28), filed on March 30, 2017.

The parties stipulation requests to continue the existing stay for a period of sixty (60) days, or until June 23, 2017. In addition, the parties request a status hearing following the 60-day stay. Upon review, the Court finds good cause to grant the parties' request. However, the parties' stipulation renders Plaintiffs' motion to lift stay and motion for briefing schedule moot at this time. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulation and Order to Continue the Stay (ECF No. 35) is **granted**.

**IT IS FURTHER ORDERED** that a status hearing is scheduled for **June 23, 2017 at 9:30 a.m.** in Las Vegas Courtroom 3A.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Lift Stay (ECF No. 27) and Motion for Briefing Schedule (ECF No. 28) are **denied as moot**. Plaintiffs may refile their motions if necessary following the 60-day stay.

DATED this 25th day of April, 2017.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge