UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONALD KEEN and ROBIN MOONEY, | Case No. 2:16-CV-1903 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| OMNI LIMOUSINE, | |
| Defendant(s). | |

Presently before the court is the matter of *Keen et al v. Omni Limousine*, case number 2:16-cv-01903-JCM-GWF. On September 13, 2017, the court granted the parties' joint motion approving settlement of plaintiffs' FLSA claims. (ECF No. 49). Plaintiffs' motion for circulation of notice (ECF No. 47) is therefore moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs' motion for circulation of notice (ECF No. 47) be, and the same hereby is, DENIED as moot.

DATED October 2, 2017.

_____
UNITED STATES DISTRICT JUDGE